76 F.3d 377
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
John Lee WORSHAM, Plaintiff--Appellant,
and
Wallace Ward; Clarence Julius Chew; Jeffrey Steven Kersey;
Joseph B. Smith; Donald L. Knox; Charles Hatfield;
Dorothy Stevenson; Karen Fried; Liston Noble; Anthony
Edward Henderson; Clifford Hinds-Bey; Jonny Brown; Percy
Smith, and all others similarly situated, Plaintiffs,
v.
Richard A. LANHAM, Defendant--Appellee,
and
William D. Schaeffer; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Division of
Corrections; Marvin N. Robbins, Executive Director, Igo;
Melanie C. Pereira, Deputy Commissioner; Mary Anne Saar,
Former Acting Secretary; Paul Davis, Chairman; Marjorie A.
Jennings, Commissioner; Frank Pappas, Commissioner;
Patricia K. Cushwa, Commissioner; Maceo Williams,
Commissioner; Dan Zaccagnini, Commissioner; Michael C.
Blount, Commissioner, Defendants.
Jeffrey Steven KERSEY, Plaintiff--Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Joseph B. Smith; Donald L. Knox; Charles Hatfield;
Dorothy Stevenson; Karen Fried; Liston Noble; Anthony
Edward Henderson; Clifford Hinds-Bey; Jonny Brown; Percy
Smith, and all others similarly situated, Plaintiffs,
v.
Richard A. LANHAM, Defendant--Appellee,
and William D. Schaeffer; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Division of
Corrections; Marvin N. Robbins, Executive Director, Igo;
Melanie C. Pereira, Deputy Commissioner; Mary Anne Saar,
Former Acting Secretary; Paul Davis, Chairman; Marjorie A.
Jennings, Commissioner; Frank Pappas, Commissioner;
Patricia K. Cushwa, Commissioner; Maceo Williams,
Commissioner; Dan Zaccagnini, Commissioner; Michael C.
Blount, Commissioner, Defendants.
Clarence Julius CHEW, Plaintiff--Appellant,
and
John Lee Worsham; Wallace Ward; Jeffrey Steven Kersey;
Joseph B. Smith; Donald L. Knox; Charles Hatfield;
Dorothy Stevenson; Karen Fried; Liston Noble; Anthony
Edward Henderson; Clifford Hinds-Bey; Jonny Brown; Percy
Smith, and all others similarly situated, Plaintiffs,
v.
Richard A. LANHAM, Defendant--Appellee,
and
William D. Schaeffer; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Division of
Corrections; Marvin N. Robbins, Executive Director, Igo;
Melanie C. Pereira, Deputy Commissioner; Mary Anne Saar,
Former Acting Secretary; Paul Davis, Chairman; Marjorie A.
Jennings, Commissioner; Frank Pappas, Commissioner;
Patricia K. Cushwa, Commissioner; Maceo Williams,
Commissioner; Dan Zaccagnini, Commissioner; Michael C.
Blount, Commissioner, Defendants.
Wallace WARD; Jeffrey Steven Kersey; Charles Hatfield;
John Lee Worsham, Plaintiffs--Appellees,
and
Clarence Julius Chew; Joseph B. Smith; Donald L. Knox;
Dorothy Stevenson; Karen Fried; Liston Noble; Anthony
Edward Henderson; Clifford Hinds-Bey; Jonny Brown; Percy
Smith, and all others similarly situated, Plaintiffs--Appellees,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellants.
Hercules WILLIAMS, Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
Joseph COLVIN, Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary oOf
Public Safety and Correctional Services; Richard A. Lanham;
Division of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
Marvin WILLIAMSON, Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
Frederick JOHNSON, Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division Of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
Clifton ANDERSON, Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division Of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
Clifton MOORE, Appellant,
and
John Lee Worsham; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
David P. BROWN, Appellant,
and
John Lee WORSHAM; Wallace Ward; Clarence Julius Chew;
Jeffrey Steven Kersey; Joseph B. Smith; Donald L. Knox;
Charles Hatfield; Dorothy Stevenson; Karen Fried; Liston
Noble; Anthony Edward Henderson; Clifford Hinds-Bey;
Jonny Brown; Percy Smith, and all others similarly
situated, Plaintiffs,
v.
William D. SCHAEFFER; Bishop L. Robinson, Secretary of
Public Safety and Correctional Services; Richard A. Lanham;
Division of Corrections; Marvin N. Robbins, Executive
Director, Igo; Melanie C. Pereira, Deputy Commissioner;
Mary Anne Saar, Former Acting Secretary; Paul Davis,
Chairman; Marjorie A. Jennings, Commissioner; Frank
Pappas, Commissioner; Patricia K. Cushwa, Commissioner;
Maceo Williams, Commissioner; Dan Zaccagnini, Commissioner;
Michael C. Blount, Commissioner, Defendants--Appellees.
 Nos. 95-7267, 95-7324, 95-7343, 95-7438, 95-7439,
95-7344, 95-7440, 95-7441, 95-7442.
No. 95-7599
 No. 95-7600
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 9, 1996.
Decided Jan. 31, 1996.
 
 John Lee Worsham, Jeffrey Steven Kersey, Clarence Julius Chew, Hercules Williams, Joseph Colvin, Marvin Williamson, Frederick Johnson, Clifton Anderson, Milton Moore, David P. Brown, Appellants Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Carmen Mercedes Shepard, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.
 Before WILKINS and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Plaintiffs appeal from the district court's order granting in part, and denying in part, relief on their 42 U.S.C. § 1983 (1988) complaint. Defendants have cross-appealed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Worsham v. Lanham, Nos. CA-93-1891-JFM; CA-93-1953-JFM; CA-93-2017-JFM; CA-93-2089-JFM; CA-93-2166-JFM; CA-93-2343-JFM; CA-93-3535-JFM; CA-93-3633-JFM; CA-94-113-JFM; CA-94-862-JFM; CA-94-1260-JFM; CA-93-4060-JFM (L) (D.Md. Aug. 1, 1995, Aug. 3, 1995). We deny the Plaintiffs' motions to appoint counsel and file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.